## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KAMAN N. SMITH, | : | No. 188 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMON PLEAS COURT OF PENNSYLVANIA, PHILADELPHIA COUNTY, AND PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2017, the "Petition to Compel" and the "Amended Petition to Compel" are **DENIED**, and the Application for Summary Relief is **DISMISSED AS MOOT**.